UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Local 10 Sheet Metal Control Board Trust Fund, suing as Sheet Metal Local #10 Control Board Trust Fund, The Trustees of the plaintiff,

Plaintiff,

vs. ORDER

Timothy A. Hagenah, individually, d/b/a Custom Metal Works,

Defendant. Civ. No. 01-388 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

To: Andrew E. Staab, Rosene & Haugrud, 1250 Capital Center, 386 North Wabasha Street, St. Paul, Minnesota 55102-1300

At Duluth, in the District of Minnesota, this 2nd day of August, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on March 2, 2001 by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendant has not been served

FILED AUG 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE